USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/19



**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DOMINIQUE F. SAINT-FORT**
*Assistant Corporation Counsel*
Labor & Employment Law
Division
(212) 356-2444
dosaint@law.nyc.gov

December 12, 2019

**VIA ECF**
Hon. Colleen McMahon
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

*[signature]*
Colleen McMahon
12/13/19

Re:   *Dietrich v. City of New York, et al.*
      18-CV-7544 (CM)

Dear Chief Judge McMahon:

I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendants City of New York and New York City Police Department in the above-referenced action. I write to request that Your Honor extend the time for the parties to file dispositive motions from December 17, 2019 to February 3, 2020. Additionally, Defendants request an extension of the time to file the joint pre-trial order from January 17, 2020 to March 2, 2020. Plaintiff's counsel consents to these requests.

On November 27, 2019 and December 6, 2019, Your Honor granted extension requests to take Plaintiff's deposition for a second time due to issues with getting the transcript from the original deposition. That deposition has been scheduled for December 27, 2019. Given the necessity of Plaintiff's deposition transcript to Defendant's motion for summary judgment, and the likelihood that Defendants will not receive the transcript until after the New Year, Defendants request that time for the parties to file dispositive motions be extended from December 17, 2019 to February 3, 2020. Additionally, Defendants request an extension of the time to file the joint pre-trial order from January 17, 2020 to March 2, 2020.

       This is Defendants' second such request of this Court for an extension of these deadlines.[1] The extensions would not affect any other scheduled dates in this case. Accordingly, Defendants respectfully request that deadline to file dispositive motions be extended to January 17, 2020 and the deadline to file the joint pre-trial order be extended to March 2, 2020.

       Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Dominique F. Saint-Fort*
Dominique F. Saint-Fort
Assistant Corporation Counsel

cc:    Marshall Bellovin (via ECF)
       BALLON STOLL BADER &
       NADLER, P.C.
       729 Seventh Avenue, 17th Floor
       New York, NY 10019
       (212)575-7900

---

[1] Defendants November 26, 2019 extension request sought that the discovery deadline be extended to December 17, 2019, that the deadline for dispositive motions be extended to January 6, 2020, and that the deadline for the joint pretrial order be extended to January 31, 2020. See ECF Dkt. No. 78, at 2. While the extension of discovery was granted, the deadline for dispositive motions and for the joint pretrial order, were not extended. See ECF Dkt. No. 79.