UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

KEITH DIETRICH,

                                Plaintiff,

      -against-

THE CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT ("NYPD"), CHIEF OF
INTELLIGENCE BUREAU THOMAS GALATI,
NYPD COMMANDING OFFICER HOWARD
REDMOND, LIEUTENANT KARL PFEFFER,
and NYPD SARGEANT PAUL BRISCOE,

                                Defendants.
----------------------------------------------------------------- x

**DEFENDANTS' NOTICE OF MOTION FOR THE CONTINUED SEALING AND/OR REDACTION OF DOCUMENTS SUBMITTED WITH THEIR FEBRUARY 3, 2020 MOTION FOR SUMMARY JUDGMENT**

18 CV 7544 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2020

MEMO ENDORSED

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated February 5, 2020, and upon all prior pleadings and proceedings had herein, defendants City of New York, Chief of Intelligence Thomas Galati, Inspector Howard Redmond, Lieutenant Karl Pfeffer, and retired Sergeant Paul Briscoe will move this Court, before the Honorable Colleen McMahon, United States District Judge, Southern District of New York, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an order and judgment, , granting defendants' motion for the continued sealing and/or redaction of documents submitted with their February 3, 2020 Motion for Summary Judgment, and granting defendants such other and further relief as the Court deems just, proper, and equitable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section V(G) of the Individual Practices and Procedures of Chief Judge Colleen McMahon, answering papers, if any,

2/7/2020
The motion is GRANTED without need for any response.

[signature]

shall be served on or before February 19, 2020, and reply papers shall be served on or before February 26, 2020.

Dated:     New York, New York
February 5, 2020

          **JAMES E. JOHNSON**
          Corporation Counsel of the
           City of New York
          Attorney for Defendants
          100 Church Street
          New York, New York 10007-2601
          (212) 356-0889
          ddandrig@law.nyc.gov

By:    /s/
       Danielle M. Dandrige
       Assistant Corporation Counsel


To:     Marshall B. Bellovin
Danielle C. Rosenberg
BALLON STOLL BADER & NADLER, P.C.
Attorney for Plaintiff
729 Seventh Avenue, 17th Floor
New York, NY 10019
T: (212) 575-7900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH DIETRICH,

                                                           Plaintiff,

-against-

CITY OF NEW YORK, ET AL,

                                                     Defendants.

## DEFENDANTS' NOTICE OF MOTION FOR FOR THE CONTINUED SEALING AND/OR REDACTION OF DOCUMENTS SUBMITTED WITH THEIR FEBRUARY 3, 2020 MOTION FOR SUMMARY JUDGMENT

*JAMES E. JOHNSON*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street*
*New York, New York 10007*

*Of Counsel: Danielle M. Dandrige*
*Tel: (212) 356-0889*
*Matter No.: 2018-064645*

*Due and timely service is hereby admitted.*

*New York, N.Y. ......................................................... , 202..*

*Signed ..............................................................................*

*Attorney for .......................................................................*