# BALLON STOLL BADER & NADLER, P.C.

COUNSELLORS AT LAW FOUNDED 1931

729 SEVENTH AVENUE
17th FLOOR
NEW YORK, NY 10019-6831
Ph. 212.575.7900

www.ballonstoll.com
MARSHALL B. BELLOVIN
(212) 575-7900 ext 3270
mbellovin@ballonstoll.com

26 February 2020

*[SDNY stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 2/27/2020]*

**VIA ECF**

Honorable Collen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

*[MEMO ENDORSED stamp]*

OK
*[signature]* Collen McMahon
2/27/2020

**Re: Dietrich v. City of New York, et al.
Civil Action No. 18-cv-07544 (CM)
Our File No. 20774.001**

Dear Judge McMahon:

We represent the Plaintiff Keith Dietrich in the above-referenced action. Plaintiff respectfully requests, with the consent of defense counsel, that that the date for filing the Joint Pretrial Order be adjourned from March 2, 2020 to April 16, 2020. Plaintiff's counsel is presently preparing for a trial scheduled to commence on March 2, 2020 in the New York State Supreme Court, New York County (New Gold Equities v. Valoc Enterprises Inc., et al. (Index No. 652528/13)). Plaintiff's opposition to Defendants' pending Motion for Summary Judgement is due on March 16, 2020; and Defendants' Reply is due on March 30, 2020. Thereafter, the parties will prepare their respective portions of the Joint Pretrial Order and have an opportunity to meet and confer. This is the first request for an extension of the submission of the Joint Pretrial Order. Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

MARSHALL B. BELLOVIN (MB5508)

cc: Danielle Conn Rosenberg, Esq (via ECF)
Danielle Dandridge, Esq. (via ECF)
Dominique Saint-Fort, Esq. (via ECF)

AFFILIATE OFFICES
Hackensack, NJ · Silicon Valley
Paris · Madrid · Stockholm
Beijing · Shanghai · Shenzhen · Chengdu · Hong Kong