# BALLON STOLL BADER & NADLER P.C.

COUNSELLORS AT LAW          FOUNDED 1931

729 SEVENTH AVENUE
17TH FLOOR
NEW YORK, NY 10019
Ph: 212-575-7900

www.ballonstoll.com

7 July 2020

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONIC[ALLY FILED]
DOC #:
DATE FILED: 7/8/2020

Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

**Re:   Dietrich v. City of New York, et al.**
**Civil Action No. 18-cv-07544 (CM)**

Dear Judge McMahon:

*MEMO ENDORSED*

OK

[signature] Colleen McMahon

7/8/2020

We represent the Plaintiff, Keith Dietrich, in the above-referenced action. Plaintiff respectfully requests, with the consent of defense counsel, that the date for the filing of the Joint Pretrial Order be adjourned from July 8, 2020 to August 21, 2020.

The above request is made for the following reasons: The undersigned is presently lead counsel on this case and has had, and continues to have health issues thereby limiting his availability. Furthermore, due to the COVID-19 pandemic, our firm has had to furlough attorneys, including the former lead counsel on this case. We have operated mostly remotely, thereby limiting attorneys' and staff's access to the office's paper files. If this request is granted, during the extended period of time, the parties intend to prepare their respective portions of the Joint Pretrial Order, and meet and confer by phone or videoconference. This is the third request for an extension of time regarding the submission of the Joint Pretrial Order. Thank you for your consideration of this matter.

Respectfully submitted,

MARSHALL B. BELLOVIN (MB5508)
Member of the Firm
*Counsel for Plaintiff*

cc:
    Danielle Dandridge, Esq. (via ECF)
    Dominique Saint-Fort, Esq. (via ECF)