# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KEITH DIETRICH.

|  |  |
|---|---|
| Plaintiff, | 18 **CIVIL** 7544 (CM) |
| -against- | **JUDGMENT** |

THE CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, CHIEF OF INTELLIGENCE
BUREAU THOMAS GALATI, NYPD COMMANDING
OFFICER HOWARD REDMOND, NYPD
LIEUTENANT KARL PFEFFER, AND NYPD
SERGEANT PAUL BRISCOE

Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Decision and Order dated July 23, 2020, Defendants' motion for summary

judgment is granted, and the case is closed.

**Dated:** New York, New York
       July 24, 2020


                                        **RUBY J. KRAJICK**
                                _____
                                            Clerk of Court

                        **BY:**
                                            *David J. Thomas*
                                            Deputy Clerk